## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Erica M Ruiz**<br>　　　　　　　　**Debtor**<br><br>**MIDFIRST BANK**<br>　　　　　　　　**Movant**<br>　　　vs.<br><br>**Erica M Ruiz**<br>**Kenneth E. West, Trustee**<br>　　　　　　　　**Respondents** | CHAPTER 13<br>BK. NO. 23-12650 PMM |

### CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **November 8, 2023**.

Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

John M. Kenney Esq.
308 North Oxford Valley Road (VIA ECF)
Fairless Hills, PA 19030

Erica M Ruiz
512 Jefferson Avenue
Bristol, PA 19007

Date: November 8, 2023

　　　　　　　　　　　　　　　　　By: **/s/Denise Carlon**
　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　The Lits Building
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant