## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Erica M Ruiz | | |
| | Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK | | |
| | Movant | |
| vs. | | |
| Erica M Ruiz | | NO. 23-12650   PMM |
| | Debtor(s) | |
| Manuel Villanueva | | |
| | Co-Debtor(s) | 11 U.S.C. Section 362  and 1301 |
| Kenneth E. West | | |
| | Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief From Stay of MIDFIRST BANK in addition to Motion for Relief From Co-Debtor Stay, which was filed with the Court on or about February 27, 2024, in Document No. 25 .

Dated: April 25, 2024

Respectfully submitted,

/s/Michael P. Farrington
Michael P. Farrington, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
mfarrington@kmllawgroup.com