IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Erica M. Ruiz : Case No. 23-12650-pmm
:
: Chapter 13

## CERTIFICATION OF NO RESPONSE

I, John M. Kenney, Esquire, attorney for Debtor, Erica M. Ruiz, hereby certify that as of this 25th day of October, 2024, there has been no response or answer regarding the Application for Compensation dated and served May 22, 2024. It is respectfully requested that the attached proposed Order of Court be presented to the Honorable Patricia M. Mayer as UNCONTESTED.

I certify under penalty that the foregoing is true and correct.


Date: October 25, 2024          s/ John M. Kenney_____
                                **John M. Kenney, Esquire**
                                308 N. Oxford Valley Road
                                Fairless Hills, PA  19030
                                (215)547-3031